IN THE UNITED DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NAKAVEN CHEVALIER | PLAINTIFF |
| V. | CAUSE NO:_____ |
| TRISURA SPECIALTY INSURANCE COMPANY, RAAF LOGISTICS, LLC, JOSÉ LUIS G. TERRONES, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and KEIONTE D. HECTOR | DEFENDANTS |

## NOTICE OF REMOVAL

COMES NOW Defendant José Luis G. Terrones, by and through the undersigned counsel, and removes the above-entitled action to the United States District Court for the Middle District of Louisiana pursuant to 28 USC §§ 1332, 1441 and 1446(b). The removal basis is complete diversity of citizenship and an amount in controversy in excess of $75,000.00, exclusive of interest and costs.

1.

**Timely Notice**

This notice is timely because it is filed within thirty days after September 30, 2022, the date on which Defendant José Luis G. Terrones was served with Plaintiffs' Citation and Petition through Louisiana's "long arm" statute, La. Rev. Stat. Ann. § 13:3201.[1]

Mr. Terrones is a citizen of Mexico and resides at Andador Englaterra Bld. EIS, #107, Apt. TPGO, #5, COL Jesus El Dias Pina, Tampico, Tamaulipas, Mexico, 89365. No proof of service of Plaintiff's Citation and Petition on Mr. Terrones has been filed. However, the undersigned counsel certifies that Mr. Terrones received Plaintiff's Citation and Petition via a

---

[1] 28 USC § 1446(b)(1).

{01344298 - v1}   1

U. S. Priority Mail package accepted by Mr. Terrones's at his aforementioned residence in Mexico on September 30, 2022.

## 2.

## Removal Grounds

### a. Complete Diversity of Citizenship

Plaintiff's suit is a state court civil action captioned *Nakaven Chevalier v. Trisura Specialty Ins. Co., Raaf Logistics, LLC, José Luis G. Terrones, State Farm Mut. Automobile Ins. Co. & Keionte D. Hector* pending in the 18th Judicial District Court, West Baton Rouge Parish, Louisiana, Cause No. 1047205.

This Court has original jurisdiction because complete diversity of citizenship is present:

1)   Plaintiff Nakaven Chevalier is a Louisiana citizen.[2]

2)   Defendant José Luis G. Terrones is a citizen of Tampico, Mexico.[3]

3)   Defendant Trisura Specialty Insurance Company is an Oklahoma citizen.[4]

4)   Defendant Rolling Trucks, LLC is a Texas limited liability company.[5] Its members are:

   a.   Aldafa Transportes, S. A. DE C. V. (a Mexican corporation domiciled in Torreón, Cohuila, Mexico) with its principal place of business located at #4600 Interior No. 9, Colotorreone, CO, Mexico, 27019.[6]

   b.   Yarco Logistics, S. A. DE C.V. (a Mexican corporation domiciled in Torreón, Cohuila, Mexico ) with its principal place of business located at Calle Mueble #209, Colonia Parque Industrial, Orient Torreon, CO,

---

[2] Exhibit 1—Pl.'s Pet., introductory ¶ (Jan. 21, 2022).
[3] *Id.* at ¶3.
[4] Exhibit 2—Trisura Specialty Ins. Co., Oklahoma Ins. Dept. registration.
[5] Exhibit 3—Raaf Logistics, LLC, Texas Business Entity registration.
[6] Exhibit 4—Aldafa Transportes's Articles of Incorporation.

      Mexico, 27272.[7]

  c. Mr. Rodolfo Boehringer is a citizen of Mexico and works in Texas pursuant to his visa.[8]

Rolling Trucks, LLC is, therefore, a Mexican citizen.

 5) Defendant State Farm Mutual Automobile Insurance Company is an Illinois citizen.[9]

 6) Defendant Keionte Hector is a Louisiana citizen but, as of the date and time of this writing, he has not yet been served with process and has not appeared in the state court action.[10] [11]

### b. The Amount in Controversy Exceeds $75,000.00 (Exclusive of Interest and Costs)

This Court also has jurisdiction because, upon information and belief, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs as indicated by Plaintiff's allegations of severe injury delineated in his Petition[12], in his medical records[13] and in settlement demand correspondence (Plaintiff's demand is above $75,000.00)[14].

### 3.
### Co-Defendants' Removal Consent

Co-Defendant State Farm Mutual Automobile Insurance Company was named as a Defendant in Plaintiffs' Original Petition.

---

[7] Exhibit 5—Yarco Logistics's Articles of Incorporation.
[8] Exhibit 2—Raaf Logistics, LLC, Texas business entity registration.
[9] Exhibit 6—State Farm's Illinois business entity information filed with the SEC.
[10] Exhibit 1—Pl.'s Pet. ¶5
[11] Exhibit 7—Iberia Parish Sheriff's Return (Feb. 2, 2022).
[12] 28 U.S.C. § 1332; Exhibit 1—Pls.' Compl. ¶¶9-10.
[13] Exhibit 8—N. Chevalier, Medical Records (various dates).
[14] Exhibit 9—P. Eskew to J. Valencino (May 23, 2022). Plaintiff's demand amount has been redacted from Exhibit 9 to preserve the confidentiality of settlement negotiations. An unredacted copy of Exhibit 9 can be produced by the undersigned for an *in camera* inspection.

{01344298 - v1}                  3

State Farm has appeared in the state court action and filed its answer therein on March 2, 2022. It has consented to this removal.[15]

As for Defendants Trisura Specialty Insurance Company and Raaf Logistics, LLC, the undersigned firm represents both and the undersigned counsel certifies that said co-defendants consent to this removal.

### 4.

### Filing Notice Provided

Pursuant to 28 USC § 1446(d), Defendant certifies that, contemporaneously or promptly after the filing of this notice, written notice of the filing hereof was given to all parties and that a true and correct copy of this notice was filed with the Clerk of the 18th Judicial District Court, West Baton Rouge Parish, Louisiana.

### 5.

### State Court Record

A complete copy of all process, pleadings and orders served upon defendants from the matter styled *Nakaven Chevalier v. Trisura Spec. Ins. Co., Raaf Logistics, LLC, Jose Luis G. Terrones, State Farm Mut. Automobile Ins. Co. & Keionte D. Hector* pending in the 18th Judicial District Court, West Baton Rouge Parish, Louisiana, Cause No. 1047205 is attached hereto *in globo* as Exhibit 11 and made a part hereof:

**Exhibit 11—State Court Record**

| Bates Page #s | Document | Date |
| --- | --- | --- |
| 001-004 | State court docket | various |
| 005-008 | Petition, Nakaven Chevalier | 1/21/22 |
| 009 | Proof of service of Petition on State Farm | 1/26/22 |
| 010-014 | Answer, State Farm | 3/1/22 |
| 015 | Proof of service of Petition on Raaf Logistics, LLC | 3/24/22 |

---

[15] Exhibit 10—K. Dyer to J. Valencino (Oct. 27, 2022).

| 016 | Proof of service of Petition on Trisura | 1/26/22 |
|---|---|---|
| 017-023 | Answer, Raaf Logistics and Trisura | 4/19/22 |
| 024-029 | State Farm, Motion to Compel Chevalier to respond to discovery | 8/25/22 |

6.

**Jury Trial Request**

Defendant respectfully requests a jury trial on all issues.

WHEREFORE, PREMISES CONSIDERED, Defendant José Luis G. Terrones respectfully prays that this Notice of Removal be accepted and approved, that said suit be removed from the 18th Judicial District Court, West Baton Rouge Parish, Louisiana to the United States District Court for the Middle District of Louisiana and that the 18th Judicial District Court, West Baton Rouge Parish, Louisiana proceed no further with this action. Defendant prays for such other relief as the Court deems appropriate, both general and specific.

Respectfully submitted,

JOSÉ LUIS G. TERRONES

BY:/s/: Joseph J. Valencino, III
One of His Attorneys

OF COUNSEL:

ANDRÉ C. GAUDIN (#20191)
JOSEPH J. VALENCINO, III (32791)
BURGLASS & TANKERSLEY GAUDIN PHAYER
5213 Airline Drive
Metairie, Louisiana 70001
Direct Dial Phone: (504) 836-0416
Facsimile: (504) 287-0456
Email: jvalencino@burglass.com

{01344298 - v1}                               5

## CERTIFICATE OF SERVICE

    I, Joseph J. Valencino, III, attorney for Defendant José Luis G. Terrones certify I have this day served a true and correct copy of the above and foregoing Notice of Removal on the following, via U. S. Mail, postage prepaid, and via the Court's ECF system which will send a notice of electronic filing to the following:

Patrick J. Eskew
Lawrence Blake Jones
Blake Jones Law Firm, LLC
701 Poydras Street, Suite 1400
New Orleans, Louisiana  70139
Via email: Email: Pje@nola-law.com

Attorneys for Plaintiff Nakaven Chevalier

Kaitlin J. Dyer
Craig D. Gremillion & Associates
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Via email: kaitlin.dyer@statefarm.com

Attorney for Co-Defendant State Farm Mutual Automobile Insurance Company

THIS the 28th day of October, 2022.

                                                                      /s/ Joseph J. Valencino, III