18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NUMBER: 1047205   DIVISION: A

NAKAVEN CHEVALIER

VERSUS

TRISURA SPECIALTY INSURANCE COMPANY, RAAF LOGISTICS, LLC, JOSE LUIS G. TERRONES, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and KEIONTE D. HECTOR

FILED: 1/17/22

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

THE PETITION of NAKAVEN CHEVALIER, a person of the full age of majority and resident of St. Martin Parish, Louisiana respectfully represents that:

1.

Defendant, TRISURA SPECIALTY INSURANCE COMPANY, a foreign insurance corporation authorized to do and actually doing business in the State of Louisiana, was on all dates pertinent herein the liability insurer of Raaf Logistics, LLC, Jose Luis G. Terrones, and the 2019 Freightliner truck he was driving. Said insurer is made a party defendant herein under Louisiana Direct Action Statute LSA –R.S. 22:1269 et seq.

2.

Defendant, RAAF LOGISTICS, LLC, is on information and belief a foreign business corporation that at the time of the subject incident was the employer of Jose Luis G. Terrones and/or the owner and/or the carrier of the 2019 Freightliner truck he was driving, and was authorized to do and was doing business in Louisiana and has its principal business office in Laredo, TX.

3.

Defendant, Jose Luis G. Terrones, is a person of the full age of majority and upon information and belief a resident of Tampico, MEXICO and at all times pertinent herein was in the course and scope of his employment with defendants and the driver of the 2019 Freightliner truck.

1

EXHIBIT 1

4.

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, upon information and belief a foreign insurance company, authorized to do and doing business in the State of Louisiana, and at all times pertinent herein the liability insurer of the 2010 Honda Accord vehicle operated by Keionte D. Hector. Said insurer is made party herein under the Louisiana Direct Action Statute, LSA – R.S. 22:1269 et seq.

5.

Defendant, Keionte D. HECTOR is a person of the full age of majority and upon information and belief a resident of Iberia Parish, Louisiana, and at all times pertinent hereto, the operator of the 2010 Honda Accord vehicle that struck the plaintiff's vehicle.

6.

Defendants, Trisura Specialty Insurance Company, Raaf Logistics, LLC, Jose Luis G. Terrones, State Farm Mututal Automobile Insurance Company, and Keionte D. Hector, are liable jointly severally and in solido unto plaintiff, Nakaven Chevalier, in a reasonable compensatory sum, plus legal interest, and all costs of these proceedings for the following reasons to wit:

7.

On or about February 02, 2021, Nakaven Chevalier was a passenger in a 2010 Honda Accord operated by Keionte D. Hector, which was travelling in an Easterly direction on Interstate 10 in West Baton Rouge Parish, LA, when suddenly and without warning it came into contact with the 2019 Freightliner truck owned by Raaf Logistics and operated by it's employee Jose Luis G. Terrones, who was in the course and scope of his employment with Raaf Logistics, LLC.

8.

The proximate cause of the above described collision is the negligence of both Jose Luis Terrones and Keionte Hector who were driving their respective vehicles in a reckless and careless manner, failing to see what they should have seen, failing to maintain proper control, failing to apply brakes or take evasive action to avoid a collision, failing to act as a reasonable and prudent persons under the circumstances, and such other actions or inactions as may be shown at the trial of this matter; and the negligence of Raaf Logistics, LLC, in failing to maintain the above described vehicle in a good and safe condition, in failing to keep said vehicle properly equipped with brakes and tires in good and safe state of repair, and in allowing Jose Luis Terrones to operate said vehicle with the knowledge that he was not a suitable person so to do and such other actions or inactions as may be shown at the trial of this matter.

9.

As a result of the above described collision, plaintiff, Nakaven Chevalier, sustained severe injuries including but not limited to severe, acute lumbar injury, thoracic injury, cervical injury, and injuries to his mouth and teeth.

10.

As a result of the above described collision, petitioner sustained loss and damage including but not limited to past, present and future mental and physical pain and suffering, medical expenses, income loss and property damage.

WHEREFORE, plaintiff, Nakaven Chevalier, prays that defendants be cited and served with a copy of this Petition and after legal delays and due proceedings had there be judgment herein against defendants, Trisura Specialty Insurance Company, Raaf Logistics, LLC, Jose Luis G. Terrones, State Farm Mututal Automobile Insurance Company, and Keionte D. Hector, jointly, severally and in solido and in favor of plaintiff, Nakaven Chevalier in a reasonable compensatory sum plus legal interest, all costs of these proceedings, and for all general and equitable relief to which plaintiff may be entitled.

RESPECTFULLY SUBMITTED:

PATRICK J. ESKEW (33815)
LAWRENCE BLAKE JONES (7495)
BLAKE JONES LAW FIRM, L.L.C.
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Email: pje@nola-law.com
       jones@nola-law.com
Attorneys for Plaintiff,
Nakaven Chevalier

**PLEASE SERVE THE PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS AS FOLLOWS:**

1. Trisura Specialty Insurance Company
   Through The Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

2. State Farm Mutual Automobile Insurance Company
   Through The Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

3. Keionte D. Hector
   1622 Sugarland Terrace
   New Iberia, LA 70560

**PLEASE PREPARE A CITATION FOR SERVICE UNDER THE LOUISIANA LONG ARM STATUTE FOR THE FOLLOWING DEFENDANT:**

4. RAAF Logistics, LLC
   Through its agent for service:
   Alberto Alarcon
   1302 Washington St.
   Laredo, TX 78040

5. Jose Luis Terrones
   Inglaterra 107 #5
   Tampico, Mexico

CERTIFIED TRUE COPY
JAN 2 1 2022
DEPUTY CLERK
WEST BATON ROUGE PARISH

4